NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM C. RICKETT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7093

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2493.

---

**ON MOTION**

---

**ORDER**

William C. Rickett moves without opposition to stay the briefing schedule in this appeal pending the United States Supreme Court's final disposition of *Henderson v. Shinseki*, 2010 WL 752370 (U.S. June 28, 2010).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule pending the Supreme Court's final disposition of *Henderson* is granted. Rickett is directed to inform this court, within 14 days of the Supreme Court's final disposition of *Henderson*, concerning how he believes that this appeal should proceed. The Secretary may also respond within that time.

FOR THE COURT

__AUG 2 0 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Deanne Lynn Bonner, Esq.
Tara K. Hogan, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 2 0 2010

JAN HORBALY
CLERK